# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) No. 2:14-cv-04093-NKL |
| v. | )<br>) |
| DEAN HATHMAN MASONRY COMPANY, LLC, | )<br>) |
| Defendant. | |

## ORDER TO SHOW CAUSE

Pending before the Court are the Plaintiffs' motions for entry of default and default judgment. [Docs. 4 and 6.] As of this date, Defendant Dean Hathman Masonry Company, LLC has not answered or appeared to defend the present action, nor responded to the motions for entry of default and default judgment.

Accordingly, it is hereby ORDERED that Defendant Dean Hathman Masonry Company, LLC show cause in writing, on or before August 20, 2014, why the Plaintiff's motions for entry of default and default judgment [Docs. 4 and 6] should not be granted.

The Clerk of Court is directed to mail a copy of this Order to Show Cause by regular and certified mail to Dean Hathman, Registered Agent, 7500 E. Richland Road, Columbia, Missouri 65201.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: July 30, 2014
Jefferson City, Missouri