IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs-Garnishors, | ) ) |
| v. | ) No. 14-4093-CV-C-NKL ) |
| DEAN HATHMAN MASONRY CO., LLC d/b/a DEAN HATHMAN MASONRY CO., | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| BOONE COUNTY NATIONAL BANK, | ) ) |
| Garnishee. | ) |

**ORDER TO PAY**

The Court has reviewed Garnishors' Motion and Suggestions for Order Directing Garnishment Proceeds Be Paid to Plaintiffs-Garnishors, including attached Garnishee's Answers to Interrogatories. [Docs. 16 and 16-1.] No opposition was filed. In view thereof, and of the order and judgment previously entered [Docs. 13 and 14], it is hereby:

ORDERED that the Clerk of this Court pay the sum of Twenty-Three Thousand Five Hundred Seventy and 54/100 ($23,570.54) Dollars within ten (10) days to the Plaintiffs-Garnishors with the check made payable to the "Construction Industry Laborers Fringe Benefit Funds".

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: March 2, 2015
Jefferson City, Missouri